# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JIANRU CHEN, | * |
| Petitioner, | * CIVIL ACTION NO.: 5:15-cv-56 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

Presently before the Court is the Magistrate Judge's August 2, 2016, Report and Recommendation, dkt. no. 15, to which Petitioner Jianru Chen ("Chen") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Chen's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Chen leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)